IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02372-CBS | Date: February 10, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

SUSAN M. JAMES,   Paige Mackey Murray

Plaintiff,

v.

GOFF & GOFF, LLC,   Brett Huff
      Lance Goff

Intervenor Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY   Ian Morrison (by telephone)
OF AMERICA,

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:29 p.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to *Plaintiff's MOTION [28] to Strike Attorney's Lien, Plaintiff-Intervenor Goff & Goff, LLC's MOTION [31] for Leave to Intervene,* and *MOTION [40] for Extension of Time to File a Memorandum.*

**ORDERED:**   Intervenor Plaintiff Goff & Goff, LLC shall file the Pilot Program Consent form if they remain a party to this case.

Prudential Insurance and Ms. James have come to a settlement in principle.

**ORDERED:**   *MOTION [40] for Extension of Time to File a Memorandum* is **GRANTED**. The Intervenor may file a written response if needed.

Discussion regarding solving this case in state court.

**ORDERED:**   *Plaintiff-Intervenor Goff & Goff, LLC's MOTION [31] for Leave to Intervene* is **DENIED.**

*Plaintiff's MOTION [28] to Strike Attorney's Lien* is **DENIED without prejudice.**

Further discussion regarding parties attending mediation.

HEARING CONCLUDED.

**Court in recess: 02:11 p.m.**
Total time in court: 00:42

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.